IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARCOS CARDONA, JR.,

      Appellant,

v.
                                     Case No.  5D23-790
                                     LT Case No. 2015-101347-CFDL


STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 25, 2023

3.800 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Marcos Cardona, Jr., Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General,  Daytona
Beach, for Appellee

PER CURIAM.

     AFFIRMED.

WALLIS, JAY and PRATT, JJ., concur.